

```
FILED
JUL 26 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:10-CR-0120 FCD |
| vs. | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| AIDA ACEVEDO, | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release AIDA ACEVEDO, Case No. CR.S-10-0120 FCD, Charge 18 U.S.C. § 510(a) - Forging Endorsements on Treasury Checks of the United States, from custody subject to the conditions listed below:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of $ [ ]

___   Unsecured Appearance Bond

___   Appearance Bond with 10% Deposit

1    ___   Appearance Bond with Surety

2    ___   Corporate Surety Bail Bond

3    _X_   (Other) [Defendant sentenced to TIME SERVED in open court on
4          July 26, 2010. Defendant shall comply with all conditions of supervision as
5          noted in court and which shall be listed in the written Judgment to issue].
6    Issued at Sacramento, California on July 26, 2010, at 10:45 a.m.

10   Dated:  July 26, 2010

     _____
     FRANK C. DAMRELL, JR.
     UNITED STATES DISTRICT JUDGE

26   ACEVEDO, AIDA release order.wpd                    2